SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: March 28, 2019

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: WENDY LASHAWN THOMAS, | ) | CASE NO. 19-50424 |
| DEBTOR | ) | CHAPTER 13 |
| | ) | |
| WENDY LASHAWN THOMAS | ) | PLAINTIFF |
| | ) | |
| VS. | ) | ADV. PROC. NO.: 19-06008-KMS |
| | ) | |
| AZTEC MOTORS | ) | DEFENDANT |

### ORDER

THIS MATTER CAME ON for the Court's consideration on the Complaint filed by Plaintiff to require Defendant, Aztec Motors, LLC, to turnover vehicle, for sanctions and for damages.

The vehicle has been turned over to Plaintiff and the issue is now moot.

**IT IS HEREBY ORDERED** that the Adversary Proceeding continue as to the remaining issues.

## END OF ORDER ##

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar #103469)
The Rollins Law Firm, PLLC
774 Avery Blvd. N, Ste. D
Ridgeland, MS 39157
601-500-5533